IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEON MAURICE ALLEN, | |
| Plaintiff, | 8:13CV214 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security; | ORDER TO SHOW CAUSE |
| Defendant. | |

This matter is before the court sua sponte. The plaintiff, Deon Maurice Allen, filed his Complaint (ECF No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) on July 12, 2013. I granted the Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 4, on July 15, 2013. There is no showing that service of a summons and complaint have been made on the defendant.

IT IS ORDERD:

Pursuant to Fed.R Civ.P. 4(m), plaintiff shall, on or before December 6, 2013, show cause why this action should not be dismissed without prejudice.

Dated November 19, 2013.

BY THE COURT:

_Warren K. Urbom_
Warren K. Urbom
United States Senior District Judge