IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEON MAURICE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV214 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In the Memorandum and Order dated December 10, 2013, I wrote,

> Deon Maurice Allen will be given until January 1, 2014, to complete service of process upon the Commissioner of Social Security. He must complete the forms that were provided to him previously and return them to the clerk as soon as possible so that service of process may be completed before this date. If Allen fails to complete service of process prior to January 1, 2014, this action may be dismissed without further notice.

(Mem. & Order at 18, ECF No. 8.)

The plaintiff did not complete service of process by the deadline. For that reason,

1

**IT IS ORDERED** that the plaintiff's complaint, ECF No. 1, is dismissed without prejudice.

Dated January 8, 2014.

BY THE COURT

_____

Warren K. Urbom
United States Senior District Judge